**No. 61047.**—Aris Gloves, Inc. *v.* United States, protest 188742–K.——

——C. D. 1854. Plaintiff's application for rehearing denied by OLIVER, C. J., and WILSON, J. MOLLISON, J., dissented, believing that the rehearing should be granted.